No. 86–5255.   ALLEN ET AL. *v.* UNITED STATES.   C. A. 4th Cir.   Motion of petitioners for leave to proceed *in forma pauperis* and certiorari granted.   Judgment vacated and case remanded for further consideration in light of *Griffith* v. *Kentucky, ante,* p. 314.

No. 86–5266.   HINES *v.* ALABAMA.   Ct. Crim. App. Ala.   Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.   Judgment vacated and case remanded for further consideration in light of *Griffith* v. *Kentucky, ante,* p. 314.

No. 86–5345.   JACKSON *v.* NORTH CAROLINA.   Sup. Ct. N. C.   Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.   Judgment vacated and case remanded for further consideration in light of *Griffith* v. *Kentucky, ante,* p. 314.

No. 86–5374.   FORD *v.* LOUISIANA.   Sup. Ct. La.   Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.   Judgment vacated and case remanded for further consideration in light of *Griffith* v. *Kentucky, ante,* p. 314.

No. — — ——.   BULLEN *v.* DEREGO ET AL.   Motion to direct the Clerk to file the petition for writ of certiorari without an affidavit of indigency granted.

No. A–518.   SCHWANDER ET AL. *v.* CORDOVA.   C. A. 9th Cir.   Application for stay, addressed to JUSTICE BLACKMUN and referred to the Court, denied.

No. D–567.   IN RE DISBARMENT OF KIRWAN.   Disbarment entered.   [For earlier order herein, see 478 U. S. 1037.]

No. D–575.   IN RE DISBARMENT OF SICKMEN.   Disbarment entered.   [For earlier order herein, see 478 U. S. 1038.]

No. D–577.   IN RE DISBARMENT OF HARRISON.   Disbarment entered.   [For earlier order herein, see 478 U. S. 1038.]

No. D–582.   IN RE DISBARMENT OF GOODSTEIN.   Disbarment entered.   [For earlier order herein, see *ante,* p. 926.]